UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

        -CR-    ( )( )

Defendant(s).
-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____ Tamara Giwa for Gregory Ramirez                 _____
Defendant's Signature                                                         Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____                        _____
Print Defendant's Name                                             Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_____3/9/21__ Date

_____
U.S. District Judge/U.S. Magistrate Judge